IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN PATTEN,

        Plaintiff,

        v.

JAMIE MILLER,

        Defendant.

_____

Case No. 6:22-cv-01093-CL

ORDER

MCSHANE, Judge:

        Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 27), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

        Magistrate Judge Clarke's Findings and Recommendation (ECF No. 27) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

        DATED this 29th day of November, 2023.

                                s/Michael J. McShane_____
                                Michael McShane
                          United States District Judge

1 –ORDER